# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR4 |
| | ) | |
| MARVIN F. BAKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The government's Motion to Continue (Filing No. 18) is granted.

**IT IS ORDERED** that the hearing on defendant's Motion to Suppress (Filing No. 11) is continued to **March 15, 2006,** at **2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 28th day of February, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge